Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMY GENE MILLER,
a/k/a "Jimmy Jam,"

Defendant.

No. CR13-0249 RAJ

FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture to forfeit one (1) Glock model 23, .40 caliber firearm bearing Serial Number AME970US (the "Subject Property"), based upon the conviction of Defendant JIMMY GENE MILLER ("Defendant") to the offense of *Felon in Possession of a Firearm*, in violation of 18 U.S.C. § 922(g), as charged in Count 1 of the Indictment.

On September 15, 2014, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting Defendant's interest in the Subject Property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) as property that was involved or used in the knowing commission of the charged offense of which Defendant was convicted.

1    Pursuant to 21 U.S.C. § 853(n), the United States published notice of the Subject

2    Property on www.forfeiture.gov, for at least thirty (30) consecutive days, beginning on

3    September 19, 2014 and ending on October 18, 2014.  In the publication, the United

4    States published notice of the Preliminary Order of Forfeiture and the intent of the United

5    States to dispose of the Subject Property in accordance with the law.  This notice further

6    stated that any person, other than the Defendant, having or claiming a legal interest in the

7    Subject Property was required to file a petition with the Court within sixty (60) days of

8    the first date of publication of notice, setting forth the nature of the petitioner's right, title,

9    and interest in the Subject Property.

10    On February 24, 2015, the United States sent notice, via certified mail, to

11    Ms. Teyana M. Dorsey at her last known residences in Seattle, SeaTac, Tukwila, and

12    Federal Way, Washington to notify her of the United States' intent to forfeit the property

13    listed in the Preliminary Order of Forfeiture in the criminal case filed against Defendant.

14    The SeaTac, Tukwila, and Federal Way mailings were returned to the government in

15    March of 2015 as unable to forward.  The Seattle mailing was returned unclaimed to the

16    government on March 16, 2015 after three delivery attempts.  On March 30, 2015, the

17    United States sent a follow-up mailing via regular mail to Ms. Dorsey's last known

18    Seattle residence; this mail was not returned to the government.

19    All persons and entities believed to have an interest in the above-listed Subject

20    Property that is subject to forfeiture were given proper notice of the intended forfeiture.

21    No petitioners or claimants have come forth to assert an interest in the Subject Property

22    and the time for doing so has expired.

23    IT IS ORDERED, ADJUDGED and DECREED that the following Subject

24    Property is fully and finally condemned and forfeited to the United States in its entirety:

25    • One (1) Glock model 23, .40 caliber firearm, bearing Serial Number
26        AME970US.

27    ///

28    ///

Final Order of Forfeiture - 2
*U.S. v. JIMMY GENE MILLER (CR13-0249 RAJ)*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

1    IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or

2 interest in the above-listed Subject Property shall exist in any other party.

3    The Federal Bureau of Investigation and/or its designated representatives or agents

4 are authorized to dispose of the Subject Property in accordance with the law.

5    DATED this 22nd day of May, 2015.

6

7    _____

8    The Honorable Richard A. Jones
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Order of Forfeiture - 3
*U.S. v. JIMMY GENE MILLER (CR13-0249 RAJ)*