AO 245D     (Rev. 09/19) Judgment in a Criminal Case For Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Jimmy Gene Miller Jr. | Case Number: 2:13CR00249-RAJ-001 |
| | USM Number: 39156-086 |
| | Peter A. Camiel |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s) __1, 2, 6, and 8__ of the petitions dated 11/19/2021 and 1/23/2023.

☒ was found in violation(s) __3, 4, 5, and 7__ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Consuming cannabinoids | 10/26/2021 |
| 2. | Consuming alcohol | 08/07/2021 |
| 3. | Associating with a convicted felon | 09/09/2021 |
| 4. | Associating with a convicted felon | 09/14/2021 |
| 5. | Associating with a known gang member | 09/14/2021 |
| 6. | Possessing a firearm (Springfield Armory) | 11/19/2021 |
| 7. | Possessing a firearm (Glock) | 11/19/2021 |
| 8. | Possessing ammunition | 11/19/2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Catherine L. Crisham
Assistant United States Attorney

February 3, 2023
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Richard A. Jones, United States District Judge
Name and Title of Judge

February 3, 2023
Date

AO245D   (Rev. 09/19) Judgment in a Criminal Case For Revocations
         Sheet 2 — Imprisonment

Judgment — Page **2** of **2**

DEFENDANT:      **Jimmy Gene Miller Jr.**
CASE NUMBER:    **2:13CR00249-RAJ-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

_12 months, to be served consecutive to any sentence imposed in CR21-218._

☐ The court makes the following recommendations to the Bureau of Prisons: _Recommendation for placement at SeaTac, or as close to family as possible and recommendation for maximum placement at halfway house._

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL